IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : | HON. CYNTHIA M. RUFE |
| *UNITEDHEALTH GROUP, INC. v. GSK* | : | CIVIL ACTION NO. 11-3925 |
| and | : | |
| *HUMANA HEALTH PLAN, INC. v. GSK* | : | CIVIL ACTION NO. 11-4913 |

## ORDER

AND NOW, this 17th day of April 2013, upon consideration of the Motions for Remand and the opposition thereto, it is hereby **ORDERED** that the Motions are **GRANTED in part and DENIED in part** as follows:

    1.    <u>UnitedHealth Group, Inc. v. GlaxoSmithKline, LLC</u>, Civil Action No. 11-3925, is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at December Term 2010, No. 2871.

    2.    <u>Humana Health Plan, Inc. v. GlaxoSmithKline, LLC</u>, Civil Action No. 11-4913, is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at June Term 2011, No. 3270.

    3.    The motion for fees and costs is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.